JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE VALDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DEB HAALAND, SECRETARY, U.S. DEPARTMENT OF THE INTERIOR,<br><br>    Defendant. | Case No. 2:21-cv-10007-SVW-MAA<br><br>**ORDER APPROVING STIPULATION TO TRANSFER VENUE**<br><br>[28 U.S.C. § 1406(a)]<br><br>Honorable Stephen V. Wilson<br>United States District Judge |

    This Court, having duly considered the stipulation of plaintiff Jose Valdez ("Plaintiff") and defendant Deb Haaland, Secretary of the United States Department of the Interior (the "Secretary") to transfer this action to the United States District Court for the District of Montana, and in the interest of justice, hereby approves the stipulation.

    The Court hereby **ORDERS** that:

1. this case shall be transferred to the United States District Court for the District of Montana;

2. the Secretary shall have sixty (60) days to respond to Plaintiff's Complaint in the transferee court;

3. the Clerk of the Court shall **TERMINATE** all remaining deadlines in this case and **TRANSFER** the case file to the United States District Court for the District of Montana; and

4. this case is closed.

**IT IS SO ORDERED.**

Date: April 19, 2022

STEPHEN V. WILSON
United States District Judge